# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02814-REB-CBS

WESTERN ENERGY ALLIANCE, a Colorado non-profit organization,

    Plaintiff,

v.

BUREAU OF LAND MANAGEMENT, a federal agency within the United States Department of the Interior,

    Defendant.

---

**STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND PROPOSED BRIEFING SCHEDULE FOR PLAINTIFF'S CLAIMS FOR FEES AND COSTS**

---

    Plaintiff Western Energy Alliance and Defendant Bureau of Land Management, by and through counsel, respectfully submit the following Stipulation pursuant to Rule 41(a)(1)(A)(ii):

    WHEREAS, the parties have come to an agreement concerning the subject matter of this lawsuit, a Freedom of Information Act ("FOIA") Request submitted by Plaintiff to Defendant on May 2, 2013 ("subject request");

    WHEREAS, Defendant has released all information responsive to the subject request and available to it, subject to the laws, rules, and regulations of FOIA;

    The parties hereby stipulate as follows:

1. As Plaintiff has received all responsive documents requested in the subject request, the Court should dismiss this case pursuant to Fed. R. Civ. P. 41(a).

2. However, notwithstanding this dismissal, Plaintiff's claim for attorneys' fees and costs under FOIA remains in dispute. The parties dispute whether attorneys' fees should be awarded and the amount of such fees.

3. The parties respectfully request that the Court exercise ancillary jurisdiction to resolve the matter of attorneys' fees and costs only. The Court may exercise ancillary jurisdiction to resolve attorney fee and cost issues that are collateral to the underlying litigation, even after dismissal of the case. *See Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 395-96 (1990); *Federal Sav. And Loan Ins. Corp. v. Ferrante*, 364 F.3d 1037, 1041 (9th Cir. 2004) (citing cases).

4. The parties propose the following briefing schedule to resolve Plaintiff's claims for attorney fees and costs: Plaintiff's motion shall be due March 4, 2014; Defendant's response shall be due March 25, 2014; and Plaintiff's reply shall be due April 8, 2014.

5. Pursuant to D.C.COLO.LCivR 7.1(g), a proposed order with the proposed briefing schedule is attached.

Dated February 4, 2014.

Respectfully submitted,

Holsinger Law, LLC                              JOHN F. WALSH

By: /s/ Kent Holsinger                          United States Attorney
Kent Holsinger, CO Atty #33907
1800 Glenarm Pl., Suite 500                     *s/ Zeyen Wu*

2

Denver, CO 80202  
P: (303) 722-2828  
F: (303) 496-1025  
kholsinger@holsingerlaw.com  

*Attorneys for Western Energy Alliance*

Zeyen Wu  
Special Assistant United States Attorney  
1225 Seventeenth Street, Suite 700  
Denver, CO 80202  
(303) 454-0100  
(303) 454-0404  
zeyen.wu@usdoj.gov  

Attorneys for Defendant

3

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on February 4, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>zeyen.wu@usdoj.gov;
>kholsinger@holsingerlaw.com;

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

>None.

>HOLSINGER LAW, LLC

>By: /s/ Luci Stremme
>Luci Stremme, Paralegal